UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X

SANDRA S. KATZ,

     Plaintiff,

              v.

DONNA LEE H. WILLIAMS, INSURANCE
COMMISSIONER OF THE STATE OF
DELAWARE AS RECEIVER OF NATIONAL
HERITAGE LIFE INSURANCE COMPANY
IN LIQUIDATION,

     Defendant and Third Party Plaintiff

              v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, UNITED STATES OF AMERICA,
E. PERRY KING, ALAN MASON, ALAN MASON
LEGAL SERVICES, P.C., ALAN MASON LEGAL
SERVICES, INC., ALAN MASON D/B/A ALAN
MASON LEGAL SERVICES, P.C., ALAN MASON
D/B/A ALAN MASON LEGAL SERVICES, INC.,
AND ALAN MASON LEGAL SERVICES, P.C.
D/B/A ALAN MASON LEGAL SERVICES, INC.,

     Third Party Defendants.

------------------------------------------------------------X

Civil Action No.

Removed From the Superior
Court Department of the Trial
Court, Worcester County
Civil Action No. 04-2116A

05-40014_FDS

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## NOTICE OF REMOVAL FROM STATE COURT

Now comes the Federal Deposit Insurance Corporation in its corporate capacity

("FDIC"), and respectfully notifies the Court as follows:

1.   The FDIC is the third-party defendant in a civil action now pending in the

Superior Court Department of the Trial Court of Massachusetts, Worcester County,

Massachusetts, Civil Action No. 04-2116A.

2.    A trial has not yet been had in the aforesaid case.

3.    A Certified copy of the Superior Court Docket is attached hereto as Exhibit "A".

4.    Certified or attested copies of all records and proceedings in the Superior Court shall be filed with this court within thirty (30) days from the date hereof.

5.    This Petition for Removal is brought pursuant to 12 U.S.C. Section 1819 (Fourth), and 28 U.S.C. Section 1446. No bond is required under the preceding statutory provisions.

WHEREFORE, the action now pending in the Superior Court Department of the Trial Court of Massachusetts, Worcester County, Massachusetts is properly removed therefrom to this Court.

Dated: New York, New York
       January 20 , 2005

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION

By its attorneys:

Paul D. Maggioni
Federal Deposit Insurance Corporation
New York Legal Services Office
20 Exchange Place, 6th Floor
New York, New York  10005
(917) 320-2864



WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

## WOCV2004-02116
## Katz v Williams Commissioner

| File Date | 10/27/2004 | Status | Needs review for service (acneserv) |
|---|---|---|---|
| Status Date | 10/27/2004 | Session | A - Civil A (12 Worcester) |
| Origin | 1 | Case Type | D13 - Declaratory judgement (231A) |
| Lead Case | | Track | A |

| Service | 01/25/2005 | Answer | 03/26/2005 | Rule12/19/20 | 03/26/2005 |
|---|---|---|---|---|---|
| Rule 15 | 01/20/2006 | Discovery | 12/16/2006 | Rule 56 | 02/14/2007 |
| Final PTC | 06/14/2007 | Disposition | 10/27/2007 | Jury Trial | No |

### PARTIES

**Plaintiff**
Sandra S  Katz
19 Canton Street
Worcester, MA 01608
Active 10/27/2004

**Private Counsel 631049**
Robert B Gibbons
Mirick O'Connell DeMallie & Lougee
100 Front Street
Suite 1700
Worcester, MA 01608-1477
Phone: 508-791-8500
Fax: 508-791-8502
Active 10/27/2004 Notify

**Private Counsel 656179**
Kristin D Thompson
Mirick O'Connell DeMallie & Lougee
100 Front Street
Suite 1700
Worcester, MA 01608-1477
Phone: 508-791-8500
Fax: 508-791-8502
Active 10/27/2004 Notify

**Defendant**
Lee H  Williams Commissioner
841 Silver LAke Boulevard
Dover, DE 19901
Commissioner of the State of Delaware
Answered: 12/08/2004
Answered 12/08/2004

**Private Counsel 552138**
James F Creed Jr
Creed & Formica
1329 Highland Avenue
Needham, MA 02492
Phone: 781-449-4600
Fax: 781-449-4630
Active 12/08/2004 Notify

**Alias defendant name**
National Heritage Life Insurance Company in
Liquidation
Active 10/27/2004

## WOCV2004-02116
## Katz v Williams Commissioner

**Plaintiff/3rd party**
Donna Lee H  Williams Commissioner
of the State of Delaware as Receiver of National
Hertiage Life I
Active 12/27/2004

**Defendant/3rd party**
Federal Deposit Insurance Corporation
Active 12/27/2004

**Defendant/3rd party**
United States of America
Active 12/27/2004

**Defendant/3rd party**
E Perry  King
Served: 01/03/2005
Served (answr pending) 01/03/2005

**Defendant/3rd party**
Alan  Mason
Served: 01/03/2005
Served (answr pending) 01/03/2005

**Defendant/3rd party**
Alan Mason Legal Services PC
Served: 01/03/2005
Served (answr pending) 01/03/2005

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## WOCV2004-02116
## Katz v Williams Commissioner

**Defendant/3rd party**
Alan Mason Legal Services Inc
Served: 01/03/2005
Served (answr pending) 01/03/2005

**Defendant/3rd party**
Alan  Mason dba Alan Mason Legal Services PC
Served: 01/03/2005
Served (answr pending) 01/03/2005

**Defendant/3rd party**
Alan  Mason dba Alan Mason Legal Services Inc
Served: 01/03/2005
Served (answr pending) 01/03/2005

**Defendant/3rd party**
Alan Mason Legal Services PC dba Alan Mason
Legal Services Inc
Served: 01/03/2005
Served (answr pending) 01/03/2005

| ENTRIES | | |
|---|---|---|
| **Date** | **Paper** | **Text** |
| 10/27/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 10/27/2004 | | Origin 1, Type D13, Track A. |
| 10/27/2004 | | Filing fee paid in the amount of $240.00 including $15.00 surcharge and $20.00 security fee.($275.00) |
| 11/19/2004 | 2.0 | SERVICE RETURNED (summons): Donna H. Williams 11/3/04 (no s) |
| 12/08/2004 | 3.0 | ANSWER: Lee H Williams Commissioner(Defendant) & COUNTERCLAIM |
| 12/22/2004 | 4.0 | Plff. Sandra S. Katz answer to deft's counterclaim |
| 12/27/2004 | 5.0 | Complaint of 3d-party Plf Lee H Williams Commissioner, National Heritage Life Insurance Company in Liquidation v Federal Deposit Insurance Corporation, United States of America, E Perry King, Alan Mason, Alan Mason Legal Services PC, Alan Mason Legal Services Inc along with filing fee in the amt of $260.00 including security fee rec'd |
| 01/03/2005 | 6.0 | SERVICE RETURNED: E Perry King(Defendant/3rd party) Service made on |

case01 118017 y y y y y y

MAS-20041213    Case 4:05-cv-40014-FDS Commonwealth of Massachusetts Filed 01/21/2005    Page 7 of 13
williams
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

01/21/2005
10:47 AM

## WOCV2004-02116
## Katz v Williams Commissioner

| Date | Paper | Text |
|------|-------|------|
|  | 6.0 | 12/29/04 (last and usual place of abode) |
| 01/03/2005 | 7.0 | SERVICE RETURNED: Alan Mason(Defendant/3rd party) Service made on 12/29/04 (in hand) |
| 01/03/2005 | 8.0 | SERVICE RETURNED:  Alan Mason Legal Services PC (Defendant/3rd party) Service made on 12/29/04 (in hand) |
| 01/03/2005 | 9.0 | SERVICE RETURNED:  Alan Mason Legal Services Inc (Defendant/3rd party) Service made on 12/29/04 (in hand) |
| 01/03/2005 | 10.0 | SERVICE RETURNED: Alan Mason dba Alan Mason Legal Services PC(Defendant/3rd party) Service made on 12/29/04 (in hand) |
| 01/03/2005 | 11.0 | SERVICE RETURNED: Alan Mason dba Alan Mason Legal Services Inc(Defendant/3rd party) Service made on 12/29/04 (in hand) |
| 01/03/2005 | 12.0 | SERVICE RETURNED:  Alan Mason Legal Services PC dba Alan Mason Legal Services Inc(Defendant/3rd party) Service made on 12/29/04 (in hand) |

**EVENTS**

A true copy by photostatic process
Attest: Denise D Foley
Asst. Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------------------------------------X
SANDRA S. KATZ,

       Plaintiff,

               v.

DONNA LEE H. WILLIAMS, INSURANCE
COMMISSIONER OF THE STATE OF
DELAWARE AS RECEIVER OF NATIONAL
HERITAGE LIFE INSURANCE COMPANY
IN LIQUIDATION,

       Defendant and Third Party Plaintiff
               v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, UNITED STATES OF AMERICA,
E. PERRY KING, ALAN MASON, ALAN MASON
LEGAL SERVICES, P.C., ALAN MASON LEGAL
SERVICES, INC., ALAN MASON D/B/A ALAN
MASON LEGAL SERVICES, P.C., ALAN MASON
D/B/A ALAN MASON LEGAL SERVICES, INC.,
AND ALAN MASON LEGAL SERVICES, P.C.
D/B/A ALAN MASON LEGAL SERVICES, INC.,

       Third Party Defendants.

----------------------------------------------------------------X

Civil Action No.

Removed From the Superior
Court Department of the Trial
Court, Worcester County
Civil Action No. 04-2116A

## CERTIFICATE OF SERVICE

    I, Paul D. Maggioni, hereby certify that the parties on the attached Service List required to be notified of removal pursuant to 28 U.S.C. Section 1446 have been so notified by placing true and exact copies of the foregoing Notice of Removal and Notice to State Court of Filing of Notice of Removal with the U.S. Postal Service, postage pre-paid.

Dated: New York, New York
       January 21 , 2005

                                    By: _____
                                        Paul D. Maggioni
                                        Federal Deposit Insurance Corporation
                                        New York Legal Services Office
                                        20 Exchange Place, 6th Floor
                                        New York, New York  10005
                                        (917) 320-2864

**SERVICE LIST**

Robert B. Gibbons, Esq.
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester, MA 01608-1477

James F. Creed, Esq.
Creed & Formica
1329 Highland Avenue
Needham, MA 02492

JS 44 (Rev. 11/04)

**CIVIL COVER SHEET** 05 - 40014

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ATTACHED | ATTACHED |

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)     and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 171

Brief description of cause:
Federal Tort Claims Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 1/20/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

1.  **(a) Plaintiff**

   SANDRA S. KATZ

**05 - 40014**

   (b) County of Residence: Worcester

   (c) Attorney

   Robert B. Gibbons
   Mirick O'Connell, DeMallie & Lougee
   100 Front Street
   Worcester, MA 01608
   508-898-1501

RECEIVED
CLERK'S OFFICE

2005 JAN 21  A 11: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

2.  **Defendant and Third Party Plaintiff**

   DONNA LEE H. WILLIAMS, INSURANCE
   COMMISSIONER OF THE STATE OF
   DELAWARE AS RECEIVER OF NATIONAL
   HERITAGE LIFE INSURANCE COMPANY
   IN LIQUIDATION

   Attorney

   James F. Creed
   Creed & Formica
   1329 Highland Avenue
   Needham, MA 02492
   781-449-4600

3.  **Third Party Defendants**

   FEDERAL DEPOSIT INSURANCE  CORPORATION, UNITED STATES OF
   AMERICA, E. PERRY KING, ALAN MASON, ALAN MASON LEGAL
   SERVICES, P.C., ALAN MASON LEGAL SERVICES, INC., ALAN MASON
   D/B/A ALAN MASON LEGAL SERVICES, P.C., ALAN MASON D/B/A
   ALAN MASON LEGAL SERVICES, INC., AND ALAN MASON LEGAL
   SERVICES, P.C. D/B/A ALAN MASON LEGAL SERVICES, INC.,

   Attorney for the Federal Deposit Insurance Corporation
   Paul D. Maggioni
   FDIC, Legal Services Office
   20 Exchange Place
   New York, NY 10005
   917-320-2864

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 - 40014**

1. Title of case (name of first party on each side only) Sandra S. Katz  v.  Donna Lee H. Williams, Ins. Commissioner of the State of Delaware  v.  Federal Deposit Ins. Corp.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

- [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

  *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

- [x] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

- [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

    YES [ ]   NO [x]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES [x]   NO [ ]

    A. If yes, in which division do all of the non-governmental parties reside?

    Eastern Division [ ]   Central Division [x]   Western Division [ ]

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

    Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Paul D. Maggioni

ADDRESS  FDIC, Legal Services Office, 20 Exchange Place, NY, NY 10005

TELEPHONE NO.  917-320-2864

(Coversheetlocal.wpd - 10/17/02)