UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

SANDRA S. KATZ,
    Plaintiff

V.

DONNA LEE H. WILLIAMS, INSURANCE
COMMISSIONER OF THE STATE OF
DELAWARE, AS RECEIVER OF
NATIONAL HERITAGE LIFE INSURANCE
COMPANY IN LIQUIDATION,
    Defendant

DOCKET NO. 05-40014-FDS

PLAINTIFF'S AUTOMATIC DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

In accordance with Federal Rules of Civil Procedure 26(a) and Local Rules 26.2, the plaintiff, Sandra Katz ("Katz"), hereby provides her automatic disclosure to the defendant. Katz reserves her right to supplement this production if she becomes aware of additional relevant materials.

I.   List of Individuals Likely to Have Discoverable Information

   1.   Sandra S. Katz
        19 Canton Street
        Worcester, Massachusetts

II.  Documents and Tangible Things

Katz provides the following categories of documents to the defendants:

   1.   Documents within the chain of title for the property located at 19 Canton Street, Worcester, Massachusetts, as recorded with the Worcester County Registry of Deeds.

{H:\PA\Lit\19570\00002\A0774581.DOC}

III  <u>Damages</u>

Not applicable.

IV.  <u>Insurance</u>

Not applicable.

SANDRA S. KATZ

By her attorney,

*/s/ Robert B. Gibbons*

Robert B. Gibbons, Esq. BBO #631049
Christopher T. Meier, BBO # 640995
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502

Dated: March 11, 2005

## CERTIFICATE OF SERVICE

I, Robert B. Gibbons, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to James F. Creed, Esq., Creed & Formica, 1329 Highland Ave., Needham, MA 02492 and Anita Johnson, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Moakley United States Courthouse, One Courthouse Way - Suite 9200, Boston, MA 02210

*/s/ Robert B. Gibbons*

Robert B. Gibbons, Esq.

Dated: March 11, 2005