UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05-CV-40014-FDS

SANDRA S. KATZ,
    Plaintiff,

v.

DONNA LEE H. WILLIAMS, INSURANCE
COMMISSIONER OF THE STATE OF DELAWARE
AS RECEIVER OF NATIONAL HERITAGE
LIFE INSURANCE COMPANY IN LIQUIDATION
    Defendant and Third Party Plaintiff

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,
UNITED STATES OF AMERICA, E. PERRY KING,
ALAN MASON, ALAN MASON LEGAL
SERVICES, P.C., ALAN MASON LEGAL SERVICES,
INC., ALAN MASON D/B/A ALAN MASON LEGAL
SERVICES, P.C., ALAN MASON D/B/A ALAN
MASON LEGAL SERVICES, INC., AND ALAN
MASON LEGAL SERVICES, P.C. D/B/A ALAN
MASON LEGAL SERVICES, INC.,
    Third Party Defendants.

**DONNA LEE H. WILLIAMS', INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, UNOPPOSED MOTION TO SUBSTITUTE PUBLIC OFFICER**

Now comes the Third-Party Plaintiff, Donna Lee H. Williams, Insurance Commissioner of the State of Delaware, as Receiver of National Heritage Life Insurance Company in Liquidation ("NHL"), and respectfully requests this Honorable Court to permit her withdrawal and substitute Matthew Denn, Insurance Commissioner of the State of Delaware as the public official in her place. Pursuant to F.R.C.P. 25(d)(1), such substitution is allowed upon the cessation of office by one official followed by the new officer's

succession.

    Counsel for other parties do not oppose this motion for substitution.

                                      Respectfully submitted,
Matthew Denn,
 Insurance Commissioner of
the State of Delaware As
Receiver of National Heritage
Life Insurance Company in

By his attorneys,

_/s/ James F. Creed, Jr._
James F. Creed, Jr.
BBO#552138
Sara D. Trupe Cloherty
BBO#632528
CREED & FORMICA
1329 Highland Avenue
Needham, MA 02492
(781) 449-4600

Dated: 5/6/05

2

CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true copy of the within document to be served by first class mail, postage pre-paid to:

Robert B. Gibbons, Esq.
Kristin D. Thompson, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608

Anita Johnson
Assistant U.S. Attorney
U.S. Attorney's Office
Moakley United States Courthouse
One Courthouse Way – Suite 9200
Boston, MA  02210

Nancy C. Serventi, Esq.
McDonough, Hacking, & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA  02108

Dated: 5/6/05                              Sara D. Trupe Cloherty

RULE 7.1 CONFERENCE

I hereby certify that on April 15, 2005 I conferenced with all counsel of record, and that there was no opposition.

Dated: 5/6/05                              Sara D. Trupe Cloherty

3