UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

_____
                                            )
SANDRA S. KATZ,                             )
        Plaintiff                           )
                                            )
v.                                          )
                                            )
DONNA LEE H. WILLIAMS, INSURANCE            )
COMMISSIONER OF THE STATE OF                )
DELAWARE AS RECEIVER OF NATIONAL            )
HERITAGE LIFE INSURANCE COMPANY             )   CIVIL ACTION
IN LIQUIDATION,                             )   NO. 05-40014-FDS
        Defendant and                       )
        Third Party Plaintiff,              )
                                            )
v.                                          )
                                            )
FEDERAL DEPOSIT INSURANCE CORPORATION;)
UNITED STATES OF AMERICA;                   )
E. PERRY KING;                              )
ALAN MASON;                                 )
ALAN MASON LEGAL SERVICES, P.C.;            )
ALAN MASON LEGAL SERVICES, INC.,            )
ALAN MASON d/b/a                            )
ALAN MASON LEGAL SERVICES, P.C.;            )
ALAN MASON d/b/a                            )
ALAN MASON LEGAL SERVICES, INC.;            )
and                                         )
ALAN MASON LEGAL SERVICES, P.C. d/b/a       )
ALAN MASON LEGAL SERVICES, INC.,            )
                                            )
        Third Party Defendants.             )
_____ )

**ASSENTED-T0 MOTION TO FILE REPLY BRIEF**

Defendant United States request that this Court permit it to file a Reply Brief to Matthew Denn, Insurance Commissioner of the State of Delaware Opposition to United States' Motion to Dismiss. Denn's Opposition raises several complicated issues, and the United States requests extra time to address these issues thoroughly.

Defendant requests that it be permitted to file its Reply on or before June 3, 2005.

Counsel for Matthew Denn kindly assents to this Motion.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN,
                                              United States Attorney

                     BY:   /s/Anita Johnson
                              Anita Johnson
                              Assistant U. S. Attorney
                              U.S. Courthouse - Suite 9200
                              1 Courthouse Way
                              Boston, MA   02210
                              (617) 748-3282

Of Counsel:
Paul D. Maggioni, Jr.
FDIC, Legal Services Office
New York Legal Services Office
20 Exchange Place
New York, NY 10005
917-320-2864

**CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE**

I certify that the foregoing has been served upon counsel of record by first class mail, postage prepaid, and that I conferred with counsel for Matthew Denn, James F. Creed, Jr., 1329 Highland Avenue, Needham, Mass. 02492, and he assents to this Motion, both on this 18th day of May, 2005.

                                          /s/Anita Johnson