UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

_____   )
                                       )
SANDRA S. KATZ,                        )
        Plaintiff                      )
                                       )
v.                                     )
                                       )
DONNA LEE H. WILLIAMS, INSURANCE       )
COMMISSIONER OF THE STATE OF           )
DELAWARE AS RECEIVER OF NATIONAL       )
HERITAGE LIFE INSURANCE COMPANY        )   CIVIL ACTION
IN LIQUIDATION,                        )   NO.  05-40014-FDS
        Defendant and                  )
        Third Party Plaintiff,         )
                                       )
v.                                     )
                                       )
FEDERAL DEPOSIT INSURANCE CORPORATION;)
UNITED STATES OF AMERICA;              )
E. PERRY KING;                         )
ALAN MASON;                            )
ALAN MASON LEGAL SERVICES, P.C.;       )
ALAN MASON LEGAL SERVICES, INC.,       )
ALAN MASON d/b/a                       )
ALAN MASON LEGAL SERVICES, P.C.;       )
ALAN MASON d/b/a                       )
ALAN MASON LEGAL SERVICES, INC.;       )
and                                    )
ALAN MASON LEGAL SERVICES, P.C. d/b/a  )
ALAN MASON LEGAL SERVICES, INC.,       )
                                       )
        Third Party Defendants.        )
_____)

**ASSENTED-TO MOTION FOR EXTENSION TO FILE OPPOSITION**

   Defendant United States requests that this Court permit an extension of seven days

to file the United States' Opposition to Matthew Denn's Motion to Strike Certain

Documents. The United States' opposition to the Motion is due on May 20, 2005. However, due to the press of other court deadlines, undersigned counsel will be unable to turn to this motion until after the due date, and, accordingly, requests additional time of one week within which to file. If this is acceptable to the Court, the United States' Opposition will be due on or before May 27, 2005.

    Counsel for Matthew Denn kindly assents to this Motion.

    Respectfully submitted,

    MICHAEL J. SULLIVAN,
    United States Attorney

BY:  /s/Anita Johnson
    Anita Johnson
    Assistant U. S. Attorney
    U.S. Courthouse - Suite 9200
    1 Courthouse Way
    Boston, MA   02210
    (617) 748-3282

Of Counsel:
Paul D. Maggioni, Jr.
FDIC, Legal Services Office
New York Legal Services Office
20 Exchange Place
New York, NY 10005
917-320-2864

### CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE

    I certify that the foregoing has been served upon counsel of record by first class mail, postage prepaid, and that I conferred with counsel for Matthew Denn, James F. Creed, Jr., 1329 Highland Avenue, Needham, Mass. 02492, and he assents to this Motion, both on this 18th day of May, 2005.

    /s/Anita Johnson