UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. NO. 4:05-CV-40014-FDS

| | |
|---|---|
| SANDRA S. KATZ,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| DONNA LEE H. WILLIAMS, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE COMPANY IN LIQUIDATION<br>    Third Party Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, UNITED STATES OF AMERICA, E. PERRY KING, ALAN MASON, ALAN MASON LEGAL SERVICES, P.C., ALAN MASON LEGAL SERVICES, INC., ALAN MASON SERVICES, P.C., ALAN MASON D/B/A ALAN MASON LEGAL SERVICES, INC.<br>    Third Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as counsel for the third party defendant, E. Perry King, in the above entitled action.

    E. Perry King
    by his attorney:

    /s/ Timothy P. Wickstrom
    Timothy P. Wickstrom
    Tashjian, Simsarian & Wickstrom
    370 Main Street
    Worcester, MA 01608
    (508) 756-1578
    B.B.O. #541953

CERTIFICATE OF SERVICE

    I, Timothy P. Wickstrom, hereby certify that I have forwarded a copy of the within Notice of Appearance to all counsel of record this 25th day of July, 2005.

    /s/ Timothy P. Wickstrom