# United States District Court

DISTRICT OF __MASSACHUSETTS__

SANDRA S. KATZ,
    Plaintiff

v.

DONNA LEE H. WILLIAMS, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE COMPANY IN LIQUIDATION
    Third Party Plaintiff

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, UNITED STATES OF AMERICA, E. PERRY KING, ALAN MASON, ALAN MASON LEGAL SERVICES, P.C., ALAN MASON LEGAL SERVICES, INC., ALAN MASON SERVICES, P.C., ALAN MASON D/B/A ALAN MASON LEGAL SERVICES, INC.
    Third Party Defendant

and

E. PERRY KING,
    Fourth Party Plaintiff

v.

MANSOUR GAVAL,
    Fourth Party Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 4:05-CV-40014-FDS

TO: Mansour Gaval, 431 Salisbury Street, Worcester, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Timothy P. Wickstrom
Tashjian, Simsarian & Wickstrom
370 Main Street
Worcester, MA  01608

an answer to the Fourth Party complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**SARAH A. THORNTON**

CLERK _(signature: Sherry Jones)_
BY DEPUTY CLERK

DATE: 7-27-05

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint | DATE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

07/29/2005

I hereby certify and return that on 07/28/2005 at 12:30pm I served a true and attested copy of the summons and fourth party complaint, Attachments in this action in the following manner: To wit, by delivering in hand to MANSOUR GAVAL at 431 SALISBURY ST, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff Michael J Ahearn

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                Signature of Server

              _____
              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.