UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 4:05-CV-40014-FDS

| | |
|---|---|
| SANDRA S. KATZ,<br>    Plaintiff | )<br>)<br>) |
| v. | ) |
| DONNA LEE H. WILLIAMS, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE COMPANY IN LIQUIDATION<br>    Third Party Plaintiff | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, UNITED STATES OF AMERICA, E. PERRY KING, ALAN MASON, ALAN MASON LEGAL SERVICES, P. C., ALAN MASON LEGAL SERVICES, INC., ALAN MASON SERVICES, P.C., ALAN MASON D/B/A ALAN MASON LEGAL SERVICES, INC.<br>    Third Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |
| and | |
| E. PERRY KING,<br>    Fourth Party Plaintiff | )<br>)<br>) |
| v. | ) |
| MANSOUR GAVAL,<br>    Fourth Party Defendant | )<br>) |

## ANSWER OF MANSOUR GAVAL TO FOURTH PARTY COMPLAINT

1. I don't know where E. Perry King lives.

2. I live at 431 Salisbury Street in Worcester.

3. I never signed a Purchase and Sale Agreement with E. Perry King. I am willing to take a Lie Detector test to prove this.

4. I never signed a Purchase and Sale Agreement with E. Perry King. Attorney Alan Mason told me that the word "taxes" on that form means real estate taxes and not personal or income taxes. I don't know why anyone would think that discharges, taxes and mortgages would include personal income taxes.

5. This is not true. I never signed a Purchase and Sale Agreement with E. Perry King. I did not break any agreement.

6. I don't know how E. Perry King was damaged. It's not because of me. He should go after Attorney Alan Mason if mistakes were made.

7. As I said before, this should not be my problem.

PLEASE DO NOT JUDGE AGAINST ME IT'S NOT MY FAULT. I SHOULD NOT HAVE TO PAY DAMAGES COSTS EXPENSES OR ATTORNEYS FEES.

I NEVER AGREED TO HOLD HIM HARMLESS.

_MANSOUR GAVAL_
Mansour Gaval
431 Salisbury Street, Worcester, MA 01609
(508) 410-5557

August 17, 2005

Certificate of Service

I, Mansour Gaval, certify that I gave Attorney Timothy P. Wickstrom a copy of this paper today at his office in Worcester.

_MANSOUR GAVAL_    _August 17, 2005_
Mansour Gaval        August 17, 2005