UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| SANDRA S. KATZ,<br>    Plaintiff<br><br>V.<br><br>MATTHEW DENN, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE COMPANY IN LIQUIDATION,<br>    Defendant and Third-Party Plaintiff,<br><br>V.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, UNITED STATES OF AMERICA, E. PERRY KING, ALAN MASON d/b/a ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC., ALAN MASON LEGAL SERVICES, P.C., ALAN MASON LEGAL SERVICES, INC., and ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC.,<br>    Third-Party Defendants,<br><br>V.<br><br>E. PERRY KING and MANSOUR GAVAL,<br>    Fourth-Party Defendants. | DOCKET NO. 05-CV-40014-FDS |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff, Sandra S. Katz ("Katz"), and hereby moves this Court for summary judgment on the sole count of her Complaint as against the defendant, Matthew Denn, Insurance Commissioner of the State of Delaware, as receiver of the National Heritage Life Insurance Company in Liquidation ("Commissioner"), and for summary judgment on the sole

{H:\PA\Lit\19570\00002\A0823238.DOC}

count of the Commissioner's counterclaim, such that the Court enters declaratory judgment in her favor holding that Katz took title to the subject property, 19 Canton Street, Worcester, Massachusetts, free and clear of any mortgage interest now claimed by the Commissioner. In support of her motion, Katz refers the Court to the Memorandum in Support of Motion for Summary Judgment filed herewith.

                    Respectfully submitted,

                    The Plaintiff,
                    SANDRA S. KATZ

                    By her attorneys,

                    Robert B. Gibbons, BBO #631049
                    Christopher T. Meier, BBO #640995
                    Mirick, O'Connell, DeMallie & Lougee, LLP
                    1700 West Park Drive
                    Westborough, MA 01581
                    Phone: (508) 898-1501
                    Fax:   (508) 898-1502

Dated: December 27, 2005

## CERTIFICATE OF SERVICE

I, Christopher T. Meier, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to all counsel of record.

                    Christopher T. Meier

Dated: December 23, 2005