UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| SANDRA S. KATZ,<br>    Plaintiff<br><br>V.<br><br>MATTHEW DENN, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE COMPANY IN LIQUIDATION,<br>    Defendant and Third-Party Plaintiff,<br><br>V.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, UNITED STATES OF AMERICA, E. PERRY KING, ALAN MASON d/b/a ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC., ALAN MASON LEGAL SERVICES, P.C., ALAN MASON LEGAL SERVICES, INC., and ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC.,<br>    Third-Party Defendants,<br><br>V.<br><br>E. PERRY KING and MANSOUR GAVAL,<br>    Fourth-Party Defendants. | DOCKET NO. 05-CV-40014-FDS |

### AFFIDAVIT OF SANDRA S. KATZ

I, Sandra S. Katz, state and depose as follows:

1)    I am the plaintiff in the above-referenced action.

2)  I purchased the property in question, 19 Canton Street in Worcester, Massachusetts (the "Property") from Mansour and Nader Gaval (the "Gavals") on or about December 19, 2003, for $210,000 in an arms-length transaction (the "Purchase").

3)  As a result of a title search of the Property performed prior to the Purchase, I was not aware of any issues with the title to the Property. It was my understanding that I was receiving a clear title to the Property at the time of the Purchase.

4)  Neither at the time of the Purchase, nor at any time previous thereto, was I ever aware that a mortgage recorded against the Property had purportedly been assigned by the FDIC, nor did I have any knowledge that might lead me to believe that the FDIC did not have the authority to discharge said mortgage, nor did I have any knowledge that might lead me to believe that said mortgage was still valid against the Property.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY,

_Sandra S. Katz_
Sandra S. Katz

Dated: December 15, 2005