UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| SANDRA S. KATZ,<br>    Plaintiff<br><br>V.<br><br>MATTHEW DENN, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE COMPANY IN LIQUIDATION,<br>    Defendant and Third-Party Plaintiff,<br><br>V.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, UNITED STATES OF AMERICA, E. PERRY KING, ALAN MASON d/b/a ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC., ALAN MASON LEGAL SERVICES, P.C., ALAN MASON LEGAL SERVICES, INC., and ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC.,<br>    Third-Party Defendants,<br><br>V.<br><br>E. PERRY KING and MANSOUR GAVAL,<br>    Fourth-Party Defendants. | DOCKET NO. 05-CV-40014-FDS |

## LOCAL RULE 7.1 CERTIFICATE OF COUNSEL

    I, Christopher T. Meier, counsel for the Plaintiff, Sandra S. Katz, in the above-captioned matter, hereby certify that on September 20, 2005, I telephoned the following counsel regarding the Plaintiff's Motion for Summary Judgment in an effort in good faith to resolve or narrow the issues presented therein: James F. Creed, Esq., Paul D. Maggioni, Jr., Esq., Anita Johnson, Esq., and Timothy P. Wickstrom, Esq. I was unable to resolve the issues presented in the instant motion with all counsel.

_____
Christopher T. Meier, BBO #640995
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502

Dated: December 22, 2005

CERTIFICATE OF SERVICE

I, Christopher T. Meier, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to all counsel of record.

_____
Christopher T. Meier

Dated: December 22, 2005

{H:\PA\Lit\19570\00002\A0869623.DOC}