UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| SANDRA S. KATZ,<br>        Plaintiff<br><br>    V.<br><br>MATTHEW DENN, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE COMPANY IN LIQUIDATION,<br>        Defendant and Third-Party Plaintiff,<br><br>    V.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, UNITED STATES OF AMERICA, E. PERRY KING, ALAN MASON d/b/a ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC., ALAN MASON LEGAL SERVICES, P.C., ALAN MASON LEGAL SERVICES, INC., and ALAN MASON LEGAL SERVICES, P.C. d/b/a ALAN MASON LEGAL SERVICES, INC.,<br>        Third-Party Defendants,<br><br>    V.<br><br>E. PERRY KING and MANSOUR GAVAL,<br>        Fourth-Party Defendants. | DOCKET NO. 05-CV-40014-FDS |

## **NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Attorney Christopher T. Meier (along with Attorney Robert B. Gibbons) on behalf of the Plaintiff, Sandra S. Katz.

        Respectfully submitted,

        The Plaintiff,
        SANDRA S. KATZ

        By her attorneys,

        /s/ Christopher T. Meier
        Robert B. Gibbons, BBO #631049
        Christopher T. Meier, BBO #640995
        Mirick, O'Connell, DeMallie & Lougee, LLP
        1700 West Park Drive
        Westborough, MA 01581
        Phone: (508) 898-1501
        Fax:    (508) 898-1502

Dated: December 27, 2005