UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

_____
                                    )
SANDRA S. KATZ,                     )
        Plaintiff                   )
                                    )
v.                                  )
                                    )
DONNA LEE H. WILLIAMS, INSURANCE    )
COMMISSIONER OF THE STATE OF        )
DELAWARE AS RECEIVER OF NATIONAL    )
HERITAGE LIFE INSURANCE COMPANY     )   CIVIL ACTION
IN LIQUIDATION,                     )   NO.  05-40014-FDS
        Defendant and               )
        Third Party Plaintiff,      )
                                    )
v.                                  )
                                    )
FEDERAL DEPOSIT INSURANCE CORPORATION;)
UNITED STATES OF AMERICA;           )
E. PERRY KING;                      )
ALAN MASON;                         )
ALAN MASON LEGAL SERVICES, P.C.;    )
ALAN MASON LEGAL SERVICES, INC.,    )
ALAN MASON d/b/a                    )
ALAN MASON LEGAL SERVICES, P.C.;    )
ALAN MASON d/b/a                    )
ALAN MASON LEGAL SERVICES, INC.;    )
and                                 )
ALAN MASON LEGAL SERVICES, P.C. d/b/a )
ALAN MASON LEGAL SERVICES, INC.,    )
                                    )
        Third Party Defendants.     )
_____)

**NOTICE OF FILING**

The Third-Party Defendants, United States of America and Federal Deposit Insurance Corporation, in response to the March 23, 2006 Memorandum and Order (Saylor, DJ), hereby submit the original certified or attested to copies of the state court docket sheet and pleadings received from the Clerk of the Superior Court, Worcester County, along with a CD containing the documents in .pdf format.[1]

        By its attorney,

        MICHAEL J. SULLIVAN,
        UNITED STATES ATTORNEY

BY:   /s/Anita Johnson/EMC
       Anita Johnson
       Assistant U. S. Attorney
       U.S. Courthouse - Suite 9200
       1 Courthouse Way
       Boston, MA   02210
       (617) 748-3282

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2006.

        /s/ Eugenia M. Carris
        Assistant U.S. Attorney

---

[1] The certified copies of the state court pleadings were ordered numerous times, and were presumed to have been previously filed with the Court. The undersigned Assistant U.S. Attorney apologizes for any inconvenience this error caused.