UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SANDRA S. KATZ,                     )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
DONNA LEE H. WILLIAMS, INSURANCE    )
COMMISSIONER OF THE STATE OF        )
DELAWARE AS RECEIVER OF NATIONAL    )
HERITAGE LIFE INSURANCE COMPANY     )   CIVIL ACTION
IN LIQUIDATION,                     )   NO. 05-40014-FDS
    Defendant and                   )
    Third Party Plaintiff,          )
                                    )
v.                                  )
                                    )
FEDERAL DEPOSIT INSURANCE CORPORATION;)
UNITED STATES OF AMERICA;           )
E. PERRY KING;                      )
ALAN MASON;                         )
ALAN MASON LEGAL SERVICES, P.C.;    )
ALAN MASON LEGAL SERVICES, INC.,    )
ALAN MASON d/b/a                    )
ALAN MASON LEGAL SERVICES, P.C.;    )
ALAN MASON d/b/a                    )
ALAN MASON LEGAL SERVICES, INC.;    )
and                                 )
ALAN MASON LEGAL SERVICES, P.C. d/b/a )
ALAN MASON LEGAL SERVICES, INC.,    )
                                    )
    Third Party Defendants.         )
_____ )

## FEDERAL DEFENDANTS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME

The United States, on its behalf and on behalf of the Federal Deposit Insurance Corporation, an agency of the United States, requests that this Court grant it an extension, up to and including April 17, 2006, to renew its Motion to Dismiss or otherwise respond to the third-party complaint in this matter. Counsel for third-party plaintiff, James F. Creed, Jr. assents to this relief requested by this Motion.

As ground for this Motion, the undersigned counsel states that Anita Johnson, the Assistant United States Attorney handling this case, is out of the country on vacation and will return to the office on April 10, 2006. In a March 23, 2006 Memorandum and Order (Docket No. 26), this Court denied without prejudice the government's Motion to Dismiss because the government had not filed a certified copy of the third-party complaint which it sought to dismiss.[1] The government promptly corrected that error. Technically, the government should renew its Motion to Dismiss or otherwise respond to the third-party complaint by April 6, 2006. The undersigned counsel is not familiar with the facts or procedural posture of this case and seeks this extension of time in order for the Assistant United States Attorney handling the matter to review this Court's March 23, 2006 Memorandum and Order and determine the government's response.

---

[1] Ms. Johnson was also on vacation on March 23, 2006.

Wherefore, the government respectfully requests that this Court allow it until April 17, 2006 to renew its Motion to Dismiss or otherwise respond to the third-party complaint.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Eugenia M. Carris (for Anita Johnson)
        Eugenia M. Carris
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way - Suite 9200
        Boston, MA  02210
        (617) 748-3282

**CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE**

I certify that the foregoing has been served upon counsel of record on April 5, 2006.  I also certify that I conferred with counsel for Donna Lee H. Williams, James F. Creed, Jr., 1329 Highland Avenue, Needham, Mass. 02492, and he assents to the relief sought by this Motion.

        /s/Eugenia M. Carris