UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

_____
                                                    )
SANDRA S. KATZ,                            )
     Plaintiff                           )
                                                    )
v.                                                    )

DONNA LEE H. WILLIAMS, INSURANCE
COMMISSIONER OF THE STATE OF
DELAWARE AS RECEIVER OF NATIONAL
HERITAGE LIFE INSURANCE COMPANY       CIVIL ACTION
IN LIQUIDATION,                            NO.  05-40014-FDS
    Defendant and
    Third Party Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION;
UNITED STATES OF AMERICA;
E. PERRY KING;
ALAN MASON;
ALAN MASON LEGAL SERVICES, P.C.;
ALAN MASON LEGAL SERVICES, INC.,
ALAN MASON d/b/a
ALAN MASON LEGAL SERVICES, P.C.;
ALAN MASON d/b/a
ALAN MASON LEGAL SERVICES, INC.;
and
ALAN MASON LEGAL SERVICES, P.C. d/b/a
ALAN MASON LEGAL SERVICES, INC.,

    Third Party Defendants.
_____

## FEDERAL DEFENDANTS' RENEWED MOTION TO DISMISS

    The Federal Defendants hereby renew their Motion to Dismiss the Third Party Complaint filed by the Insurance Commissioner of Delaware.  The Federal Defendants

filed their original Motion to Dismiss on April 4, 2005. On March 23, 2006, this Court denied the Motion on the grounds that the Federal Defendants had removed the case from state court but had not filed "a copy of all process, pleadings, and orders" served in state court as is required by Local Rule 81.1, United States District Court. This Court denied the Motion to Dismiss without prejudice and ordered the government "to file forthwith certified or attested copies of all records and proceedings in the state court, . . . ." The Federal Defendants complied with this Court's Order on March 30, 2006, submitting certified or attested to copies of the state court docket sheet and pleadings received from the Clerk of the Superior Court, Worcester County, with a CD containing the documents in .pdf format, together with a Notice Filing.

The grounds for this Renewed Motion are set forth in the Federal Defendants' memorandum in support of their Motion to Dismiss As To Third Party Complaint, which memorandum was filed in this Court on April 4, 2005.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


     BY: /s/ Anita Johnson
        Anita Johnson
        Assistant U. S. Attorney
        U.S. Courthouse - Suite 9200
        1 Courthouse Way
        Boston, MA   02210
        (617) 748-3282

Of Counsel:
Linda Charet,
FDIC Legal Services Office

20 Exchange Place
New York, NY 10005
917-320-2864

**CERTIFICATE OF SERVICE and RULE 7.1 CONFERENCE**

    I certify that the foregoing has been electronically served upon all counsel of record on this 12th day of April 2006, and that on April 4, 2006, Eugenia Carris, Assistant U.S. Attorney, conferred with James F. Creed, Jr., counsel for third party plaintiff, and he did not oppose this motion.

    /s/ Anita Johnson

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: _____
Anita Johnson
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA  02210
(617) 748-3282

Paul D. Maggioni, Jr.
FDIC, Legal Services Office
New York Legal Services Office
20 Exchange Place
New York, NY 10005
917-320-2864

**CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE**

I certify that the foregoing has been served upon counsel of record and that I conferred with counsel for Donna Lee H. Williams, James F. Creed, Jr., 1329 Highland Avenue, Needham, Mass. 02492, and he did not oppose this Motion or any extension of time to answer, both on this \_\_\_\_\_ day of April, 2005.

/s/Anita Johnson