UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

_____
                                               )
SANDRA S. KATZ,                         )
       Plaintiff                              )
                                               )
v.                                                )

MATTHEW DENN, *Insurance Commissioner*
*of the State of Delaware as Receiver of the*
*National Heritage Life Insurance Company*      CIVIL ACTION
*In Liquidation*,                              NO. 05-40014-FDS
       Defendant and
       Third Party Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION;
UNITED STATES OF AMERICA;
E. PERRY KING;
ALAN MASON;
ALAN MASON LEGAL SERVICES, P.C.;
ALAN MASON LEGAL SERVICES, INC.,
ALAN MASON d/b/a
ALAN MASON LEGAL SERVICES, P.C.;
ALAN MASON d/b/a
ALAN MASON LEGAL SERVICES, INC.;
and
ALAN MASON LEGAL SERVICES, P.C. d/b/a
ALAN MASON LEGAL SERVICES, INC.,

       Third Party Defendants.
_____

### **FEDERAL DEFENDANTS' CORRECTION TO LR 7.1 CERTIFICATION**

      On April 12, 2006, the Federal Defendants filed a Renewed Motion to Dismiss. It has come to the attention of counsel for the Federal Defendants that the Local Rule 7.1(A)(2) Certification incorrectly suggests that defendant/third party plaintiff's counsel,

James F. Creed, Jr., does not oppose the motion to dismiss. In fact, while Attorney Creed does not oppose the Federal Defendants' filing of a renewed motion, he <u>does</u> oppose the motion to dismiss.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

BY:   /s/ Anita Johnson
    ANITA JOHNSON
    Assistant U. S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA  02210
    (617) 748-3282

Of Counsel:
Linda Charet,
FDIC Legal Services Office
20 Exchange Place
New York, NY 10005
917-320-2864

## CERTIFICATE OF SERVICE

    I certify that the foregoing document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 28th day of April, 2006.

    /s/ George B. Henderson, II
    Assistant U.S. Attorney