UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Katz,
    Plaintiff(s)

                              CIVIL ACTION
   V.                       NO. 05-40014-FDS

Denn,
    Defendant(s)

**SAYLOR, D.J.**

**ORDER FOR REMAND**

In accordance with the Court's Order issued on 11/21/07 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

                                            By the Court,

DATED: November 21, 2007

                                            /s/Martin Castles
                                            Deputy Clerk