| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jos. Rubins_    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery  11/23/07 |
| 1. Article Addressed to:<br><br>Worc Superior Court<br>225 Main St<br>Worcester MA<br>01608 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  7007 0710 0002 1865 7579<br>(Transfer from service label) | 05-40014 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |